UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEADY STATE,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Civil Action No. 26-2240 (CRC) |

**JOINT STATUS REPORT**

Pursuant to this Court's August 5, 2026 Minute Order, Plaintiff, Steady State, and Defendant, the Department of Homeland Security ("DHS"), by and through the undersigned counsel, respectfully file the following Joint Status Report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. This case relates to three FOIA requests submitted to DHS on April 6, 2026. Plaintiff submitted one each of the same FOIA request to the DHS Privacy Office ("DHS Privacy") and two DHS components—U.S. Immigration and Customs Enforcement ("ICE") and U.S. Customs and Border Protection ("CBP"). Plaintiff filed the Complaint on June 24, 2026, *see* ECF No. 1, and DHS answered the Complaint on August 2, 2026, *see* ECF No. 6.

2. DHS Privacy reports that it is currently conducting searches, and anticipates completing its search for all potentially responsive non-text-message records by September 11, 2026, and its search for all potentially responsive text-message records by September 30, 2026. After it completes each search, to the extent there are no outstanding issues for resolution, DHS Privacy expects to begin processing all potentially responsive records covered by that search. Upon doing so, DHS Privacy expects to process 500 pages per month.

3. ICE and CBP both report that they are currently conducting searches, which they anticipate completing by September 30, 2026. After completing their searches, to the extent there are no outstanding issues for resolution, each likewise expects to begin processing all potentially responsive records at an estimated rate of 500 pages per month.

4. Accordingly, the parties propose that they file another joint status report on October 19, 2026, and every 60 days thereafter, and that the Court defer setting a briefing schedule at this time.

Dated: August 18, 2026
Washington, DC

/s/ *Ginger P. McCall*
Ginger McCall
DC Bar # 1001104
ginger@freeinformationgroup.com

Kevin H. Bell
DC Bar # 90015600
kevin@freeinformationgroup.com

FREE INFORMATION GROUP, PLLC
1100 13th St. NW, Ste. 800
Washington, DC 20005
(202) 946-3642

*Attorneys for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *William Thanhauser*
WILLIAM THANHAUSER
D.C. Bar #1737034
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7706

*Attorneys for the United States of America*